**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**William Arthur COOPER, Jr.**
**Defendant-Appellant**

**No. 17-2965**

United States Court of Appeals,
Eighth Circuit.

Submitted: December 27, 2017

Filed: January 12, 2018

Patrick McElyea, Special Assistant U.S. Attorney, Richard D. Westphal, Assistant U.S. Attorney, U.S. Attorney's Office, Davenport, IA, for Plaintiff-Appellee

William Arthur Cooper, Pro Se

Heather Quick, Assistant Federal Public Defender, Federal Public Defender's Office, Cedar Rapids, IA, for Defendant-Appellant

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

William Cooper directly appeals after the district court[1] revoked his supervised release. Having carefully reviewed the record, we conclude that the district court did not clearly err in finding that the government demonstrated by a preponderance of the evidence that Cooper violated the conditions of his supervised release. See 18 U.S.C. § 3583(e)(3) (court may revoke supervised release if it finds by preponderance of evidence that defendant violated conditions of supervised release); United States v. Perkins, 526 F.3d 1107, 1109 (8th Cir. 2008) (fact-finding as to whether violation occurred is reviewed for clear error). Accordingly, we affirm.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.